UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24WI35 HEA |
| DEFENDANT, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a waiver of indictment/plea to an information hearing is set in this matter for October 4, 2024, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 26th day of September, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE